41

(No. 73-CC-433—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed August 6, 1973.*

D. K. MC INTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-434—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed August 6, 1973.*

D. K. MC INTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.